# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                     NO. 2022 KW 0199

VERSUS

LESLIE YOUNG                                           **MARCH 28, 2022**

---

In Re:     Leslie Young, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 02-87-0665.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

> **WRIT DENIED.** Relator filed this request for mandamus relief
> two months after he filed the application for postconviction
> relief with the district court. This court will not intervene
> in a proceeding where the applicant has not allowed sufficient
> time for the trial court to respond.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
             FOR THE COURT